UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-38-MOC

| | |
|---|---|
| **THEODORE CALVERT, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **KILOLO KIJAKAZI,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 15). Defendant does not oppose the motion.

**IT IS ORDERED** that Plaintiff's Motion for Voluntary Dismissal, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 15), is **GRANTED** and this matter is dismissed. The Clerk is instructed to terminate this action.

Signed: November 24, 2021

Max O. Cogburn Jr.
United States District Judge